# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON MUSKEY,** | : | |
| Petitioner | : | **CASE NO. 3:15-CR-18** |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | **(MANNION, D.J.)** |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Muskey's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, (Doc. 36), is **DENIED**.

2. The petitioner is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 22, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-18-01-Order.wpd